1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER STROJNIK, SR.,                      No.  2:19-cv-01587-MCE-KJN PS

12                    Plaintiff,

13       v.                                     ORDER

14   CAPITOL REGENCY, LLC,

15                    Defendant.

16

17          On January 9, 2020, the parties attended a joint status conference.  At the conference, the

18   undersigned discussed the court's Voluntary Dispute Resolution Program ("VDRP"), and the fact

19   that ADA cases, such as this one, are often referred to the Program.  The parties agreed that the

20   case is suited for VDRP.

21          Accordingly, in the interest of avoiding the accumulation of fees and costs through

22   potentially unnecessary discovery and motion practice, and to allow the parties some additional

23   time to pursue an early informal resolution of this matter with the assistance of a third party

24   neutral, the court finds it appropriate to stay the action and refer it to VDRP.

25          Additionally, although the court will not order as much, plaintiff is to consider whether

26   other cases, which he may be associated with and also name this defendant, should be sent to the

27   same VRDP.

28   ////

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1. The action is STAYED, and the action is REFERRED to VDRP.

2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

Dated: January 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1587.stro

2