UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik, Sr., | No. 2:19-cv-01587-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| Capitol Regency, LLC, | |
| Defendant. | |

On January 10, 2020, the undersigned ordered this action stayed and, with the parties' agreement, referred the case to the court's Voluntary Dispute Resolution Program ("VDRP. (ECF No. 15.) On October 7, 2020, the parties filed a Joint VDRP Completion Report stating that they attended a VDRP conference on September 29, 2020, but the action was not resolved. (ECF No. 17.)

The court therefore lifts the stay and requires the parties within 14 days of this order to submit a joint status report regarding case scheduling, as the schedule initially proposed pre-VDRP (ECF No. 11) is now outdated. The joint status report should address the following:

    a. Service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

///

   d. Deadline for defendant to respond to the complaint;

   e. Jurisdiction and venue;

   f. Anticipated motions and their scheduling;

   g. The report required by Fed. R. Civ. P. 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

   h. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion;

   i. Special procedures, if any;

   j. Whether an additional settlement conference should be scheduled;

   k. Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge; and

   l. Any other matters that may add to the just and expeditious disposition of this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay previously imposed for VDRP referral (ECF No. 15) is LIFTED; and

2. Within fourteen (14) days of this order, the parties shall file a joint status report addressing the subjects outlined above, upon receipt of which the court will issue an appropriate scheduling order.

IT IS SO ORDERED.

Dated: October 27, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

stro.1587