| | |
|---|---|
| PETER STROJNIK, SR.,                Plaintiff,          v.         CAPITOL REGENCY, LLC, et al.,                Defendants. | No. 2:19-cv-01587-MCE-KJN PS          ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On April 30, 2021, the magistrate judge filed findings and recommendations (ECF No. 47), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

///
///
///
///
///

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 47) are ADOPTED IN FULL;
2. Defendant Hyatt Corporation's motion to require plaintiff to post a bond (ECF No. 40) is DENIED;
3. Defendants' motion to declare plaintiff a vexatious litigant (ECF No. 41) is DENIED;
4. Defendants' motion to dismiss (ECF No. 38) is GRANTED;
5. This action is DISMISSED without leave to amend and without prejudice, for lack of federal subject-matter jurisdiction; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE